# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HARVEY B. SHAPIRO,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAROLYN V. COLVIN,<br><br>                    Defendant. | Case No. 2:13-cv-01688-APG-PAL<br><br>**ORDER**<br><br>(IFP App - Dkt. #1) |

Plaintiff Harvey B. Shapiro is proceeding in this action pro se, but is represented by counsel. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis and submitted a complaint on September 16, 2013. *See* Application (Dkt. #1). This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted the first page of the court's standard application to proceed in forma pauperis. However, he has not attached the second page, which contains additional information about Plaintiff's financial condition and an affidavit. Accordingly, the court cannot evaluate whether Plaintiff qualifies to proceed in forma pauperis.

Therefore,

**IT IS ORDERED** that:

1. Plaintiff's Application to Proceed In Forma Pauperis (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail Plaintiff a blank application to proceed in forma pauperis for non-incarcerated litigants.

/ / /

/ / /

/ / /

3.  Plaintiff shall have until **November 18, 2013,** in which to submit a completed application to proceed in forma pauperis.

Dated this 16th day of October, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE