Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
HARVEY B. SHAPIRO

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARVEY B. SHAPIRO<br><br>    Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>    Defendant. | Case No.: 2:13-cv-01688-APG-PAL<br><br>STIPULATION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S OBJECTIONS TO THE REPORT AND RECOMMENDATIONS<br><br>(FIRST REQUEST) |

Plaintiff Harvey B. Shapiro and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 15 days from July 23, 2015 to August 7, 2015 for Plaintiff to file his Response to Defendant's Objections to the Report and Recommendation.  This is Plaintiff's first request for an extension.

-1-

1  This request is made at the request of Plaintiff's counsel to allow additional time to
2  fully research the issues presented.
3  DATE: July 23, 2015                    Respectfully submitted,
4                                         ROHLFING & KALAGIAN, LLP
5                                         /s/ *Marc V. Kalagian*
6                     BY: _____
                       Marc V. Kalagian
7                      Attorney for plaintiff Mr. Harvey B. Shapiro

9  DATE:  July 23, 2015
                                           DANIEL G. BOGDEN
10                                         United States Attorney

11                                         /s/ *Mark E. Woolf*
12                    BY: _____
                       MARK E. WOOLF
13                     Assistant United States Attorney
                       Attorneys for defendant Carolyn W. Colvin
14                     |*authorized by e-mail|

16  IT IS SO ORDERED:    _____
17                       UNITED STATES MAGISTRATE JUDGE
18  DATED:    July 27, 2015

-2-